147

(No. 75-CC-217— )

Exxon Company, U.S.A., Claimant, *vs.* State of Illinois, Department of Law Enforcement, Respondent.

*Opinion filed October 25, 1974.*

James M. Lestikow, Attorney for Claimant.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-269— )

Margaret B. Cowdin, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed October 25, 1974.*

Margaret B. Cowdin, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.